

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

November 15, 2007

**By Facsimile**

The Honorable Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-16-07

RECEIVED
NOV 15 2007
JUDGE SWEET CHAMBERS

    Re:   United States v. Abdul Ashubi
           07 Cr. 1008 (RWS)

Dear Judge Sweet:

    I write respectfully on behalf of the Government in the above-referenced case. In accordance with the schedule set by the Court at the arraignment on November 1, 2007, the Government produced discovery to the defense today.

    At the arraignment, Your Honor excluded time, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), until today, November 15, 2007. I respectfully request that the Court exclude time from today until January 14, 2008, which is the date that the Court has set for trial in this case. The purpose of the requested exclusion of time is to permit the defense to review discovery and allow the parties to discuss any resolution of this case. The ends of justice served by such an exclusion of time outweigh the best interest of the public and the defendant in a speedy trial. Defense counsel consents to this exclusion of time.

    I appreciate Your Honor's consideration of these matters.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

*So ordered*
*Sweet USDJ*
*11-15-07*

By: /s/ John P. Cronan
John P. Cronan
Assistant United States Attorney
Tel.: (212) 637-2779
Fax: (212) 637-2937

cc:   Michael Torres, Esq.
      *By facsimile*