USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    ORDER

           -v.-                 :    07 Cr. 1008 (RWS)

ABDUL RAHMAN ABDULLAH ASHUBI,   :

           Defendant.           :

- - - - - - - - - - - - - - - - x
```

Upon the attached Application of Michael J. Garcia, United States Attorney for the Southern District of New York, by John P. Cronan, Assistant United States Attorney, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, it is hereby ordered that, solely for the purpose of the federal prosecution of ABDUL RAHMAN ABDULLAH ASHUBI, the search warrant 07 Mag. 1276 and the sworn affidavit upon which that warrant was based, issued on August 3, 2007 by the United States District Court for the Southern District of New York, for the search of the premises located at Bashar Deli Grocery, 1126 Westchester Avenue, Bronx, New York 10459, shall be unsealed for review by the United States Attorney's Office and the United States Attorney's Office may disclose those records as necessary for purposes of the federal prosecution, including for use at trial and to meet discovery obligations in the federal prosecution.

Dated:  New York, New York
        November 14, 2007

                                    _____
                                    THE HONORABLE ROBERT W. SWEET
                                    United States District Judge
                                    Southern District of New York