

**United States Attorney**
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 7, 2007

**By Facsimile**

The Honorable Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

      Re:    United States v. Abdul Ashubi
               07 Cr. 1008 (RWS)

Dear Judge Sweet:

      I write respectfully on behalf of the Government to request an adjournment of the scheduled trial in the above-referenced case. At the arraignment on November 1, 2007, Your Honor scheduled a trial to begin on January 14, 2008. The parties since have commenced discussions regarding a possible disposition of this case, but we do not expect to reach a resolution by the scheduled trial date. The Government therefore respectfully requests that any trial be adjourned from January 14, 2008, for approximately two months.

      Your Honor already has excluded time, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), until January 14, 2008. I hereby respectfully request that the Court exclude time until any new trial date. The purpose of the requested exclusion of time is to allow the parties to discuss any resolution of this case. The ends of justice served by such an exclusion of time outweigh the best interest of the public and the defendant in a speedy trial. Defense counsel consents to this exclusion of time.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney

*So ordered*
*Sweet / USDJ*
*12·10·07*

By: *J.P.C.*
John P. Cronan
Assistant United States Attorney
Tel.: (212) 637-2779
Fax: (212) 637-2937

cc:    Michael Torres, Esq.
       *By facsimile*