U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-3-08

RECEIVED
FEB 25 2008
JUDGE SWEET CHAMBERS

**By Facsimile**

The Honorable Robert W. Sweet
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

Re: United States v. Abdul Ashubi
07 Cr. 1008 (RWS)

Dear Judge Sweet:

I write respectfully on behalf of the Government in the above-referenced case. Your Honor has scheduled a trial date for March 17, 2008. After speaking with your Deputy Clerk, Tsz Chan, I respectfully request that the trial date be converted to a status conference on March 18, 2008, at 4:30 p.m. At this conference, the parties expect to have a better sense of whether this matter will proceed to trial. Defense counsel, Michael Torres, Esq., consents to this request.

So ordered
[signature] USDJ
2/27/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
John P. Cronan
Assistant United States Attorney
Tel.: (212) 637-2779
Fax: (212) 637-2937

cc: Michael Torres, Esq.
*By facsimile*