```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

          - v. -                 :   ORDER

ABDUL RAHMAN ABDULLAH ASHUBI,    :   07 Cr. 1008 (RWS)

          Defendant.             :

- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Debra Freeman, on April 15, 2008;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Counts One, Two, and Three of Indictment 08 Cr. 1008 (RWS) knowingly and voluntarily, and that there is a factual basis for the guilty plea,

IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated:   April 23, 2008

_____
The Honorable Robert W. Sweet
United States District Judge