1920    1

84flashp

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    --------------------------------x

3    UNITED STATES OF AMERICA,

4            v.                          07-CR-1008 (RWS)

5    ABDUL RAHMAN ABDULLAH ASHUBI,

6            Defendant.                  Plea

7    --------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

8                                        New York, N.Y.
                                         April 15, 2008
9                                        2:21 p.m.

10   Before:

11

12                HON. DEBRA C. FREEMAN,

                                         Magistrate Judge
13

14                      APPEARANCES

15   MICHAEL J. GARCIA
          United States Attorney for the
16        Southern District of New York
     JOHN P. CRONAN
17        Assistant United States Attorney

18   MICHAEL TORRES, ESQ.
          Attorney for Defendant

19

20   ALSO PRESENT:  FOUAD ELSHIEKH, Arabic Interpreter

21        *The recommendation*
22        *and plea are*
23        *accepted. So*
24        *ordered.*
25                              *Sweet*
                                *USDJ*